IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02387-LTB-BNB

COLLINS OCHIENG,

Applicant,

v.

U.S. ATTORNEY GENERAL,

Respondent.
_____

**ORDER**
_____

On November 14, 2007, the petitioner filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Application") [Doc. #3]. On December 20, 2007, I issued an Order directing the respondent to show cause, on or before January 28, 2008, why the Application should not be granted [Doc. #10]. The respondent has not filed a return or otherwise responded to the Application. Accordingly,

IT IS ORDERED that a Status Conference is set for **February 20, 2008, at 8:30 a.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado. <u>Plaintiff and his case manager shall contact the Court at: (303) 844-6408 on the above date and time in order to participate.</u>

IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

Case Manager for Collins Ochieng, #J5516  
ICE Processing Center  
11901 East 30th Avenue  
Aurora, CO 80010

Lisa Christian  
Assistant United States Attorney  
1225 17th Street, St. 700  
Denver, CO 80202

Dated February 1, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge