IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02387-LTB-BNB

COLLINS OCHIENG,

Applicant,

v.

U.S. ATTORNEY GENERAL,

Respondent.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Additional Exhibits and Conserns** [sic] **About the Hearing** [Doc. #16, filed 2/6/08] (the "Motion"). It appears that the plaintiff is attempting to submit exhibits for a hearing. However, there is no hearing pending in this case. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated February 15, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge