**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   07-cv-02387-LTB-BNB

COLLINS OCHIENG,

       Applicant,

v.

U.S. ATTORNEY GENERAL, et al,

       Defendants.

_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge issued and served on May 4, 2009 (Doc 27). Applicant has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Claims One and Two are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction and Claim Three is DENIED.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   June 3, 2009